UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/14/2026

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BLISS TRADEMARK HOLDINGS, LLC,

                             Plaintiff,

         -against-                                  25-cv-1763 (LAK)

BLISSY LLC,

                             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

Lewis A. Kaplan, *District Judge*.

        In footnotes 2 through 4 of its April 2, 2026, letter (Dkt 60), Plaintiff asserts that Defendant unnecessarily redacted portions of three deposition transcripts submitted as exhibits in support of Defendant's motion for summary judgment.  Defendant's only stated justification for making those redactions was that Plaintiff had designated the material as confidential (Dkt 39).

        Accordingly, on or before May 21, 2026, Defendant shall re-file those exhibits on the public docket with only such redactions as are requested by Plaintiff.

        SO ORDERED.

Dated:      May 14, 2026

                                              Lewis A. Kaplan
                                    United States District Judge